David J. Chizewer  (ARDC IL No. 6206747 *pro hac vice*)
Matthew K. Organ (ARDC IL No. 6278172 *pro hac vice*)
Harleen Kaur (ARDC IL No. 6325215; *pro hac vice*)
Joseph L. Hoolihan (ARDC IL No. 6320799; *pro hac vice*)
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000
david.chizewer@goldbergkohn.com
matthew.organ@goldbergkohn.com
harleen.kaur@goldbergkohn.com
joseph.hoolihan@goldbergkohn.com

*Attorneys for Plaintiffs/Relators*

Kirsten V. Mayer, MA BBO# 614567 (*pro hac vice*)
Kathryn E. Wilhelm, MA BBO# 682089 (*pro hac vice*)
Ropes & Gray, LLP
Prudential Tower, 800 Boylston Street
Boston, MA  02199-3600
(617) 951-7000
Kirsten.Mayer@ropesgray.com
Kathryn.Wilhelm@ropesgray.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, *ex rel.* Aaron Fisher, Risa Cohen, John Gutzwiller, Debrah Hartman, Cynthia Limon, and Catherine Nowak, <br><br> Plaintiffs, <br><br> vs. <br><br> IASIS Healthcare LLC, a Delaware Limited Liability Company; Health Choice of Arizona, Inc., a Delaware Corporation, <br><br> Defendants. | **Civil Action No.** <br><br> **CV 15-00872-PHX-JJT** <br><br> **MOTION FOR DISMISSAL** |

Come now the Plaintiff-Relators, Aaron Fisher, Risa Cohen, John Gutzwiller, Debrah Hartman, Cynthia Limon, and Catherine Nowak ("Relators"), by their undersigned counsel, pursuant to 31 U.S.C. § 3730(b)(1), and move this Court for entry of an Order dismissing all remaining claims against all remaining defendants with prejudice as to Relators, and without prejudice as to the United States of America. As grounds for this motion, the parties state as follows:

1. This is a *qui tam* action filed under the federal False Claims Act, 31 U.S.C. §§ 3729, *et seq.*, on May 14, 2015. On January 27, 2016, the United States filed its *Notice of Election to Decline Intervention*.

2. On November 9, 2016, the Court dismissed with prejudice Counts I, III, and IV of the operative Third Amended Complaint, as well as all claims against all entities other than Health Choice and IASIS.

3. Under the terms of the settlement agreement, Relators have agreed to dismiss WITH PREJUDICE Count II, their sole remaining Count. The dismissal of Count II is WITHOUT PREJUDICE as to the United States.

4. The United States, which elected not to intervene in this action, has notified the Parties that it agrees to the dismissal of this action under 31 U.S.C. 3730(b)(1) with prejudice as to Relators and without prejudice as to the United States.

5. For the foregoing reasons, the Parties respectfully request that the Court enter an order in the form of the proposed order submitted concurrently herewith.

6. Relators' signed consents to this dismissal are attached hereto.

Dated: March 26, 2019                     Respectfully submitted,

*Attorneys for Qui Tam Plaintiffs/Relators*

By:       /s/ David J. Chizewer
David J. Chizewer
(ARDC IL No. 6206747 *pro hac vice*)
david.chizewer@goldbergkohn.com
Matthew K. Organ
(ARDC IL No. 6278172 *pro hac vice*)
matthew.organ@goldbergkohn.com
Harleen Kaur
(ARDC IL No. 6325215; *pro hac vice*)
harleen.kaur@goldbergkohn.com

-2-

MOTION FOR DISMISSAL

Joseph L. Hoolihan
(ARDC IL No. 6320799; *pro hac vice*)
joseph.hoolihan@goldbergkohn.com
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: 312-201-4000
Fax: 312-332-2196


By:_____/s/ Jeffrey D. Eisenberg_____
Jeffrey D. Eisenberg
(Utah Bar No. 04029; *admitted pro hac vice*)
jeisenberg@egclegal.com
Robert D. Sherlock
(Utah Bar No. 02942; *admitted pro hac vice*)
rsherlock@egclegal.com
EISENBERG, GILCHRIST & CUTT
215 South State Street, Suite 900
Salt Lake City, Utah 84111
Telephone: 801-366-9100
Fax: 801-350-0065


*Attorneys for Defendants IASIS and Health Choice*

By:_____/s/ Kirsten V. Mayer_____
Kirsten V. Mayer, MA BBO #614567 (*pro hac vice*)
Richard L. Gallagher, CA #208714 (*pro hac vice*)
Kathryn E. Wilhelm, MA BBO #682089 (*pro hac vice*)
Mark S. Gaioni, MA BBO #688438 (*pro hac vice*)
Ropes & Gray, LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000
Kirsten.Mayer@ropesgray.com
Richard.Gallagher@ropesgray.com
Kathryn.Wilhelm@ropesgray.com
Mark.Gaioni@ropesgray.com


Lee David Stein (#012368)
Anne Michelle Chapman (#025965)
MITCHELL STEIN CAREY CHAPMAN, P.C.
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
(602) 358-0292
lee@mscclaw.com
anne@mscclaw.com

3. Under the terms of the settlement agreement, Relators have agreed to dismiss WITH PREJUDICE Count II, their sole remaining Count. The dismissal of Count II is WITHOUT PREJUDICE as to the United States.

4. The United States, which elected not to intervene in this action, has notified the Parties that it agrees to the dismissal of this action under 31 U.S.C. 3730(b)(1) with prejudice as to Relator and without prejudice as to the United States.

5. For the foregoing reasons, the Parties respectfully request that the Court enter an order in the form of the proposed order submitted concurrently herewith.

Dated: 2/19/19
2/9/19

Respectfully submitted,

*Qui Tam Plaintiffs/Relators*

By: _____
Aaron Fisher

By: _____
Risa Cohen

By: _____
John Gutzwiller

By: _____
Deborah Hartman

By: _____
Cynthia Limon

By: _____
Catherine Nowak

Relators, and without prejudice as to the United States of America. As grounds for this motion, the parties state as follows:

1. This is a *qui tam* action filed under the federal False Claims Act, 31 U.S.C. §§ 3729, *et seq.*, on May 14, 2015. On January 27, 2016, the United States filed its *Notice of Election to Decline Intervention*.

2. On November 9, 2016, the Court dismissed with prejudice Counts I, III, and IV of the operative Third Amended Complaint, as well as all claims against all entities other than Health Choice and IASIS.

3. Under the terms of the settlement agreement, Relators have agreed to dismiss WITH PREJUDICE Count II, their sole remaining Count. The dismissal of Count II is WITHOUT PREJUDICE as to the United States.

4. The United States, which elected not to intervene in this action, has notified the Parties that it agrees to the dismissal of this action under 31 U.S.C. 3730(b)(1) with prejudice as to Relator and without prejudice as to the United States.

5. For the foregoing reasons, the Parties respectfully request that the Court enter an order in the form of the proposed order submitted concurrently herewith.


Dated: _____ Respectfully submitted,


*Qui Tam Plaintiffs/Relators*


By: _____
Aaron Fisher

By: _____
Risa Cohen


By: _____
John Gutzwiller


By: _____
Debrah Hartman


By: _____
Cynthia Limon


By: _____
Catherine Nowak


*Attorneys for Qui Tam Plaintiffs/Relators*

3.  Under the terms of the settlement agreement, Relators have agreed to dismiss WITH PREJUDICE Count II, their sole remaining Count. The dismissal of Count II is WITHOUT PREJUDICE as to the United States.

4.  The United States, which elected not to intervene in this action, has notified the Parties that it agrees to the dismissal of this action under 31 U.S.C. 3730(b)(1) with prejudice as to Relator and without prejudice as to the United States.

5.  For the foregoing reasons, the Parties respectfully request that the Court enter an order in the form of the proposed order submitted concurrently herewith.

Dated: 2/11/19

Respectfully submitted,

*Qui Tam Plaintiffs/Relators*

By: _____
Aaron Fisher

By: _____
Risa Cohen

By: _____
John Gutzwiller

By: _____
Debrah Hartman

By: _____
Cynthia Limon

By: _____
Catherine Nowak

3. Under the terms of the settlement agreement, Relators have agreed to dismiss WITH PREJUDICE Count II, their sole remaining Count. The dismissal of Count II is WITHOUT PREJUDICE as to the United States.

4. The United States, which elected not to intervene in this action, has notified the Parties that it agrees to the dismissal of this action under 31 U.S.C. 3730(b)(1) with prejudice as to Relator and without prejudice as to the United States.

5. For the foregoing reasons, the Parties respectfully request that the Court enter an order in the form of the proposed order submitted concurrently herewith.

Dated: 2-18-19

Respectfully submitted,

*Qui Tam Plaintiffs/Relators*

By: _____
Aaron Fisher

By: _____
Risa Cohen

By: _____
John Gutzwiller

By: _____
Debrah Hartman

By: _____
Cynthia Limon

By: _____
Catherine Nowak

For the foregoing reasons, the Parties respectfully request that the Court enter an order in the form of the proposed order submitted concurrently herewith.

Dated: _____ Respectfully submitted,

*Qui Tam Plaintiffs/Relators*

By: _____
Aaron Fisher

By: _____
Risa Cohen

By: _____
John Gutzwiller

By: _____
Debrah Hartman

By: _____
Cynthia Limon

By: *Catherine Nowak*
Catherine Nowak

*Attorneys for Qui Tam Plaintiffs/Relators*

By:_
David J. Chizewer
(ARDC IL No. 6206747 *pro hac vice*)
david.chizewer@goldbergkohn.com
Matthew K. Organ
(ARDC IL No. 6278172 *pro hac vice*)
matthew.organ@goldbergkohn.com
Harleen Kaur
(ARDC IL No. 6325215; *pro hac vice*)
harleen.kaur@goldbergkohn.com
Joseph L. Hoolihan
(ARDC IL No. 6320799; *pro hac vice*)
joseph.hoolihan@goldbergkohn.com GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: 312-201-4000

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the CM/ECF system on March 26, 2019 will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

By: /s/ David J. Chizewer